UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUAD A.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:24-cv-11908
Magistrate Judge Kimberly G. Altman

## ORDER REGARDING BRIEFING SCHEDULE

This is a social security case. Plaintiff Muad A. brings this action under 42 U.S.C. § 405(g) challenging the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income and Child's Insurance Benefits under the Social Security Act. *See* ECF No. 1. The parties have consented to the jurisdiction of the undersigned, who entered a scheduling order for the parties' motions for summary judgment and Plaintiff's reply on September 24, 2024. (ECF No. 8).

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

1

On October 15, 2024, Plaintiff filed his motion for summary judgment, arguing that the case should be remanded *for benefits* under Sentence Four of 42 U.S.C. § 405(g). (ECF No. 10). In lieu of a motion for summary judgment, the Commissioner filed a motion to remand *for further administrative proceedings* under Sentence Four. (ECF No. 12).

Given that motion practice in this case has diverged from the anticipated motions, the Court hereby sets new motion and briefing deadlines for the parties. Plaintiff shall respond to the Commissioner's motion to remand by **December 9, 2024**, and the Commissioner may file a reply by **December 23, 2024.**

SO ORDERED.

Dated: November 18, 2024  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2024.

s/Dru Jennings  
Case Manager